OPINIONS PER CURIAM, ETC., FROM APRIL 1, TO JUNE 10, 1912.

No. 797. Louis Elie Joseph Henry de Galard de Brassac de Bearn, etc., Plaintiff in Error, v. Francois de Bearn et al.; No. 798. Louis Elie Joseph Henry de Galard de Brassac de Bearn, etc., Plaintiff in Error, v. Francois de Bearn; No. 799. Louis Elie Joseph Henry de Galard de Brassac de Bearn, etc., Plaintiff in Error, v. Odon de Bearn; No. 800. Louis Elie Joseph Henry de Galard de Brassac de Bearn, etc., Plaintiff in Error, v. Pierre de Bearn; and No. 801. Louis Elie Joseph Henry de Galard de Brassac de Bearn, etc., Plaintiff in Error, v. Jean Baptiste Chaumet. In error to the Court of Appeals of the State of Maryland. Motion to dismiss submitted April 2, 1912. Decided April 8, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. (*Toland* v. *Sprague,* 12 Pet. 300, 331; *Boyle* v. *Zacharie,* 6 Pet. 648; *Loeber* v. *Schroeder,* 149 U. S. 580; *The Missouri & Kansas Interurban Ry. Co.* v. *The City of Olathe, Kansas,* 222 U. S. 185, 187, 191.) *Mr. Maurice Leon* for the plaintiff in error. *Mr. J. Kemp Bartlett* and *Mr. Edgar Allan Poe* for the defendants in error.

---

No. 874. Joseph D. Sullivan, Trustee, etc., Appellant, v. Aaron Goldman. Appeal from the Supreme Court of the District of Columbia. Motion to dismiss submitted April 1, 1912. Decided April 8, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. (*Mueller* v. *Nugent,* 184 U. S. 1; *Tefft* v. *Munsuri,* 222 U. S. 114.) *Mr. Joseph D. Sullivan* and *Mr. L. P. Loving* for the appellant. *Mr. Henry E. Davis* and *Mr. Alexander Wolf* for the appellee.